April 16, 1982.

445 A.2d 220

Atlantic Richfield Co. v. Liebel, Appellant.

Argued September 9, 1981. Norman P. Zarwin, for appellant; John O'Rourke, for appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The order of the lower court is affirmed.

---

445 A.2d 220

Commonwealth v. Abner, Appellant.
Petition for Allowance of Appeal Denied July 1, 1982.

Argued January 26, 1982. Nicholas J. Guarente, Assistant Public Defender, for appellant; Rex Rohland Gary, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.